IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VLADIMIR DMITRIEV,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                        CASE NO. 1D14-4416

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed April 21, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

David M. Robbins and Susan Z. Cohen of Epstein & Robbins, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Kristen Bonjour, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

WOLF, BENTON, and RAY, JJ., CONCUR.